## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| AIMEE RAY BATTLE, INDIVIDUALLY | § | CIVIL ACTION |
| AND NEXT FRIEND ON BEHALF | § | |
| OF B.R.B., A MINOR | § | |
| Plaintiffs | § | |
| | § | NO. 1:11-CV-93 |
| VS. | § | |
| | § | |
| WAL-MART STORES, TEXAS, LLC, | § | |
| WAL-MART SUPER CENTER, | § | |
| MIKE TOMAS | § | JURY |
| Defendants | § | |

### **DEFENDANT'S AGREED MOTION FOR SUBMISSION OF FINAL JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Herein attached for signature is our Agreed Final Judgment.

        Respectfully submitted,

        PATE & SPIVEY, L.L.P.

        By: _/s/ Karen L. Spivey_
        KAREN L. SPIVEY
        Texas Bar No: 18955100
        First City Building
        505 Orleans Building, Suite 500
        Beaumont, TX 77701
        Tel: (409) 838-6578
        Fax: (409) 838-6922
        ATTORNEY IN CHARGE FOR DEFENDANTS,
        WAL-MART STORES TEXAS, LLC
        WAL-MART SUPERCENTER, AND
        MIKE TOMAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2012, a true and correct copy of the foregoing Agreed Motion for Submission of Final Judgment was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure via facsimile as follows:

Mr. B. Adam Terrell
Texas Bar No. 19790900
WELLER, GREEN, TOUPS & TERRELL, LLP
P.O. Box 350
Beaumont, Texas 77704-3450
Ph:     409/838-0101
Fx:     409/832-2940

*/s/ Karen L. Spivey*
_____
KAREN L. SPIVEY