IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AIMEE BATTLE, Individually and as<br>Next Friend of B.R.B., a Minor,<br><br>*Plaintiff,*<br><br>v.<br><br>WAL-MART STORES, TEXAS, LLC,<br>and MIKE TOMAS,<br><br>*Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 1:11-CV-93 |

## ORDER OF DISMISSAL

Before the Court is the defendant's Agreed Motion for Submission of Final Judgment [doc. #19]. The Court **ORDERS** that the Motion [doc. #19] is **GRANTED**. The Court further **ORDERS** that the terms of the parties' proposed final judgment are accepted. The plaintiffs' claims and causes of action asserted in this case against all defendants are **DISMISSED** in their entirety with prejudice.

This proceeding is **CLOSED**, with the costs of court to be assessed against each party incurring the same. All pending motions are **DENIED** as moot. The Court retains jurisdiction to enforce any settlement. This is a final judgment disposing of all claims and parties.

So **ORDERED** and **SIGNED** this **8** day of **January, 2012.**

_____
Ron Clark, United States District Judge